UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADHAMES CASTILLO,

                                    Plaintiff,

                    -v-

MG DELI GROCERY, CORP. d/b/a
R&C DELI GROCERY, R & C DELI
GROCERY, INC. d/b/a R & C DELI
GROCERY, and JOSE R. CORNIEL
                                    Defendants.

22-CV-2281 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor

Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's

approval.  (Dkt. No. 20-1.)  The proposed settlement involves $17,000 to be allocated to Plaintiff

Radhames Castillo in connection with his FLSA claims.  (*Id.*)  $5,666.66 of the settlement sum

will be collected in attorney's fees and costs.  (Dkt. No. 20; Dkt. No. 20-3.)

The Court has reviewed the terms of the proposed settlement and finds that they are fair

and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir.

2015).

To that end, the proposed settlement at Docket Number 20-1 is approved, and the case is

hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve

any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 27, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge